# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

       **Plaintiff,**

**v.**                                                  **Case No:  6:18-cv-37-Orl-28KRS**

**GATOR RIVERWOOD, LLC, PNC BANK NA, DOLLAR TREE STORES, INC., DAWN CHEN and WINN DIXIE STORE, INC.,**

       **Defendants.**

---

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case.  Therefore, consistent with the just, speedy and inexpensive determination of this case (Fed. R. Civ. P. 1) it is,

**ORDERED** that the provisions of Rule 26(a)(1) and Local Rule 3.05 concerning the initial disclosures and filing of a case management report are hereby waived.  Instead, the parties shall comply with the following schedule:

1. Within 15 days from the date of this Order, Plaintiffs shall answer, under oath, the Court's Interrogatories, attached hereto as Exhibit A, serve a copy on Defendant, and file the Answers with the Court titled as "Answers to Court Interrogatories".

2. Within 30 days from the date of service of process, Defendant shall permit Plaintiffs' counsel and Plaintiffs' expert reasonable access to inspect Defendant's facility.

3. Within 45 days thereafter, Plaintiffs shall provide Defendant with a copy of any expert report upon which Plaintiffs intend to rely, consistent with the provisions of Rule

26(a)(2). Said report shall specifically address the deficiencies alleged and the proposed remediation required.

4. Defendant shall have 30 days thereafter to serve a written response, including any Rule 26(a)(2) expert report that Defendant intends to rely upon.

5. Within 30 days following the submission of Defendant's written response, the parties shall mediate this dispute, before a mediator of their choice. If they cannot agree upon a mediator, the Court will appoint one for them.

6. Until further Order of this Court, all discovery in these cases (except as provided herein) is STAYED.

7. If the parties reach an agreement, they shall notify the Court within 7 days after the mediation conference. If the parties wish the Court to enter a consent judgment, be advised that the Court will not approve or reserve jurisdiction to enforce a confidential settlement agreement.

8. The settlement agreement should contain, if possible, an agreement concerning costs and attorney's fees. If the parties are unable to agree, the Court will reserve jurisdiction to determine that issue.

9. If settlement is not achieved within the time frame set forth herein, the Court will issue a supplemental case management order and set the case for trial at the earliest practicable time.

10. Due to the volume of these cases, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons.

11. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

12. Unless sooner settled, a status conference will be held before the Honorable John Antoon II, United States District Judge on **August 17, 2018 at 9:30 am** in Courtroom #6B, George C. Young United States Courthouse Annex, 401 W. Central Blvd, Orlando, Florida.

13. Plaintiff shall serve a copy of this Order on Defendant along with the Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida, this 9th day of January, 2018.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

**EXHIBIT A**
**COURT'S INTERROGATORIES TO PLAINTIFF**

1. Residence address.

2. Name of current employer and place of employment.

3. Date(s) and time(s) that you visited the facility.

4. Purpose of your visit(s) and duration of your stay(s).

5. Did anyone else accompany you? If so, who?

6. Describe the nature of your disability.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

9. Please list any other Title III cases in which you have been a party in this District.

_____
Tavia Wagner

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day, personally appeared »Tavia Wagner, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2013.

NOTARY PUBLIC

Notary Stamp

_____
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (If any):
Commission Expires: