UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:18-cv-37-Orl-28-KRS

TAVIA WAGNER,

  Plaintiff,

vs.

GATOR RIVERWOOD, LLC, PNC BANK NA,
d/b/a PNC BANK, DOLLAR TREE STORES, INC.,
DAWN CHEN, and WINN DIXIE STORE, INC.,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1). the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: [insert list]

    Plaintiff – Tavia Wagner
    Plaintiff's counsel – Joe M. Quick, Esq.

2). the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: [insert list]

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): [insert list]

4) the name of each victim (individual and corporate, including every person who may be entitled to restitution: [insert list]

    Plaintiff – Tavia Wagner

     5)     Check one of the following:

  X   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

  - or –

  \_\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follow: (explain).

Dated:  January 22, 2018

                                                        By:/S/Joe M. Quick, Esq._____
                                                        Joe M. Quick, Esq.
                                                        Bar Number 0883794
                                                       Attorney for Plaintiff
                                                       Law Offices of Joe M. Quick, Esq.
                                                       1224 S. Peninsula Drive #604
                                                       Daytona Beach, Florida 32118
                                                       Telephone: 386.212.3591
                                                       Email: JMQuickEsq@gmail.com


## CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of January, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                        By:/S/Joe M. Quick, Esq._____
                                                        Joe M. Quick, Esq.
                                                        Bar Number 0883794
                                                        Attorney for Plaintiff
                                                        Law Offices of Joe M. Quick, Esq.
                                                        1224 S. Peninsula Drive #604
                                                        Daytona Beach, Florida 32118
                                                        Telephone: 386.212.3591
                                                        Email: JMQuickEsq@gmail.com