UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:18-cv-37-Orl-28-KRS

TAVIA WAGNER,

   Plaintiff,

vs.

GATOR RIVERWOOD, LLC, PNC BANK NA,
d/b/a PNC BANK, DOLLAR TREE STORES, INC.,
d/b/a DOLLAR TREE STORE #332, DAWN CHEN,
d/b/a SUPER WOK – PORT ORANGE, and WINN
DIXIE STORE, INC., d/b/a WINN DIXIE STORE #2311,

   Defendants.
_____/

## NOTICE OF FILING COURT INTERROGATORIES

1. Residence address

   I live at 1006 N. Florida Avenue, Deland, Florida.

2. Name of current employer and place of employment.

   I am disabled and unemployed.

3. Date(s) and time(s) that you visited the facility.

   I visited on December 11, 2017, at approximately 1 pm. – See receipts attached hereto.

4. Purpose of your visit(s) and duration of your stay(s).

   I went to the bank, went shopping and had lunch. I was there for approximately 2 hours.

1

5. Did anyone else accompany you? If so, who?

   Yes, my sister Marla Shaw.

6. Describe the nature of your disability.

   I have Spina Bifida and use a wheelchair for mobility purposes.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

   I encountered:

   (a) Failure to provide accessible route connecting the parking spaced to the Subject Facilities entrances, as required under 28 C.F.R. Part 36, Section 4.3.2.

   (b) Failure to provide safe, accessible curb ramps with a maximum running slope of no more than 8.33%, as required under 28 C.F.R. Part 36, Section 4.8.

   (c) Failure to provide parking signage with required penalty, as required 28 C.F.R. Part 36, and Florida Accessibility Code Section 502.6.1.

   (d) Failure to provide safe, accessible curb ramps with a maximum curb ramp flare of no steeper than 1:10, as required under 28 C.F.R. Part 36, Section 4.7.5.

   **PNC BANK**

   (e) Failure to provide safe, access curb ramp with a maximum running slope of no more than 8.33%, as required under 28 C.F.R. Part 36, Section 4.8.1

   (f) Failure to provide a safe, accessible, ramp with compliant flares, leading to the walkway and ATM area, as required under 28 C.F.R. Part 36, Section 4.7.5.

**DOLLAR TREE #332**

 (g) Failure to provide properly insulated pipes under the lavatory, as required under 28 C.F.R. Part 36, Section 4.19.4.

 (h) Failure to provide clear, unobstructed area above the toilet, as required under 28 C.F.R. Part 36, Section 4.4.1, due, in part, to protruding shelf located in said area.

 (i) Failure to provide paper towels at an accessible reach height, as required under 28 C.F.R. Part 36, Section 4.2.5.

**SUPER WOK – PORT ORANGE**

 (j) Failure to provide an accessible counter surface, as required under 28 C.F.R. Part 36, Section 7.2.

 (k) Failure to provide restroom door hardware that does not require grasping, pinching and/or tight twisting and turning of the wrist, as required under 28 C.F.R. Part 36, Section 4.13.9.

 (l) Failure to provide accessible paper towel dispenser, as required under 28 C.F.R. Part 36, Section 4.2.5.

 (m) Failure to provide toilet paper at a compliant range, as required under 28 C.F.R. Part 36, Section 4.16.6.

 (n) Failure to provide mirror at an accessible height, as required under 28 C.F.R. Part 36, Section 4.19.6.

**WINN DIXIE #2311**

 (o) Failure to provide hook at an accessible height, as required under 28 C.F.R. Part 36, Section 4.2.5.

 (p) Failure to provide toilet paper cover dispenser at an accessible height, as required under 28 C.F.R. Part 36, Section 4.2.5.

 (q) Failure to provide toilet paper at a compliant range, as required under 28 C.F.R. Part 36, Section 4.16.6.

 (r) Failure to provide "Ring for Service" Button at an accessible height, as required under 28 C.F.R. Part 36, Section 4.2.5.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

   No.

9. Please list any other Title III cases in which you have been a party in this District.

   See case list attached hereto.

_____
Tavia Wagner

STATE OF FLORIDA
COUNTY OF VOLUSIA

BEFORE ME, the undersigned authority on this day, personally appeared TAVIA WAGNER, who being first duly sworn, deposes and says that she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me this 16 day of January, 2018.

SANDRA E. BELL
Commission # GG 136966
Expires September 23, 2021
Bonded Thru Budget Notary Services

Notary Seal

4

_____
NOTARY PUBLIC