

# Dollar Tree Stores, Inc.

```
Store#: ...                          (386) 322-1052
4015 S ... Rd.
Port Orange FL 32127-492.
================================================
DESCRIPTION               QTY    PRICE      TOT
------------------------------------------------
DOG TOY                          1.00      1.00T
D.. REFI..                       1.00      1.00T
A.. PERS... .MP.../C.N           1.00      1.00T
E..DDR.... ...LET                1.00      1.00N

            Sub Total            $4.00
            GENERAL EXEM         $0.00
            SALES TAX            $0.20
            Total                $4.20
            Cash                 $5.00

            CHANGE               $-0.80
================================================
   Thank ... for Shopping at Dollar Tree
           Where Everything is $1.00
      ... ... Online at Dollartree.com
================================================
************************************************
*           We value your opinion!             *
*     Please provide your feedback at          *
*           www.dollartreefeedback.com         *
* Receive chances to win $1,000 daily plus*
*     instant prizes valued at $1,500 weekly  *
*         by calling 1-377-368-2540.          *
*  For official rules, eligibility and sweepstakes *
*     start and previous winners please visit  *
*           www.dollartreefeedback.com         *
*     No purchase/survey required to enter.    *
*     Sweepstakes sponsored by Empathica, Inc. *
*      serves multiple international clients.  *
*       Survey Code: 2108 0510 0323 0111       *
*                                              *
*   We will gladly exchange any unopened item  *
*  with original receipt. We do not offer refunds. *
************************************************

   ... ...  18 032 21377508    12/11/17 14:5.
   S ... ..  ste:Kyler
```

```
         -ER W           RANT
         .L* 35
              f              ad
         ....
         * *****
                              ]#
                              '4
                             ..14
  M!



         SUPER WOK RESTAURANT
            TEL* 386-763-8872
          4031-A South Nova Road
             Thank You
         *************************
         DEPT01 I          1.00
         ITEM CT      1
         TAX              0.07
         CASH           1.07
         12-11-2017   PM 12:56
                           8014
         MIKE
```

# Winn✓Dixie

```
              www.winndixie.com

    SB DOUBLE SHOT            1.69 B
    SB DOUBLESHOT             1.69 B
    TAX                       0.00
 **** BALANCE                 3.38
    FS BAL DUE                3.38
    ************7934
 AUTH #: 002627   SEQ #:931426
 FOOD STAMP BALANCE   $ 217.02
 CASH BENEFIT BALANCE $
    EBT FOODSTAMPS            3.38
    FS CHG                    0.00
    CHANGE                    0.00
 TOTAL NUMBER OF ITEMS SOLD =    2
 12/11/17 14:44 2311   93    41

 YOUR CASHIER TODAY WAS ACM LANE_093

 SIGN UP FOR YOUR REWARD CARD TODAY!

    TELL US ABOUT YOUR SHOPPING
       EXPERIENCE AND RECEIVE
      $5 OFF YOUR NEXT $40 SHOP!
 Go to www.tellwinndixie.com within the
    next 72 hours and enter code
         121114 231100 410933
 La encuesta esta disponible en espanol
```



```
   4417121123110930000009300410000
     MANAGER CHRIS STEINBAUGH
           STORE # 2311
          PORT ORANGE, FL
 If you have any questions or concerns,
    please call Customer Care at:
            866-946-6349


    THANK YOU FOR SHOPPING WINN-DIXIE
```



GET MORE POINTS AND COUPONS
ACTIVATE YOUR OFFERS ONLINE AT winndixie.com