# Select A Case

**Tavia Wagner is a plaintiff in 15 cases.**

| Case | Title | Filed | Closed |
|---|---|---|---|
| 6:16-cv-01267-JA-GJK | Wagner v. Lovely Group Investments, Inc. et al | filed 07/15/16 | closed 11/28/16 |
| 6:16-cv-01269-PGB-TBS | Wagner v. Azam et al | filed 07/15/16 | closed 01/23/17 |
| 6:16-cv-01330-CEM-KRS | Wagner v. Heng Enterprises, Inc. et al | filed 07/25/16 | closed 12/12/16 |
| 6:16-cv-01331-RBD-KRS | Wagner v. Kevin Incorporated et al | filed 07/25/16 | closed 11/22/16 |
| 6:16-cv-01975-ACC-GJK | Collins v. Gatlin Brothers of Daytona Beach, LLC et al | filed 11/10/16 | closed 02/28/17 |
| 6:16-cv-01982-GAP-TBS | Wagner v. Heidner Hoffmann LLC et al | filed 11/14/16 | closed 02/17/17 |
| 6:16-cv-02018-RBD-DCI | Wagner v. Belly Busters of Deland Inc. | filed 11/18/16 | closed 03/07/17 |
| 6:17-cv-00139-ACC-KRS | Wagner v. Winston Real Estate, Inc. et al | filed 01/26/17 | closed 03/27/17 |
| 6:17-cv-00140-CEM-DCI | Wagner v. Bordenga et al | filed 01/26/17 | closed 03/27/17 |
| 6:17-cv-00149-GAP-DCI | Wagner v. Abril Enterprises Inc et al | filed 01/27/17 | closed 03/21/17 |
| 6:17-cv-00150-ACC-KRS | Wagner v. WB Station LLC | filed 01/27/17 | closed 04/14/17 |

| | | |
|---|---|---|
| [6:17-cv-01783-PGB-KRS](#) | Wagner v. Sobik et al | filed 10/13/17 |
| [6:17-cv-01818-ACC-GJK](#) | Wagner v. HTLC Properties, LLC et al | filed 10/20/17   closed 01/10/18 |
| [6:17-cv-01863-GAP-DCI](#) | Wagner v. Nason et al | filed 10/27/17 |
| [6:18-cv-00037-JA-KRS](#) | Wagner v. Gator Riverwood, LLC et al | filed 01/08/18 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/22/2018 15:58:14 | | | |
| PACER Login: | joemquickesq:4598403:0 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: wagner First Name: tavia |
| Billable Pages: | 1 | Cost: | 0.10 |