**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TAVIA WAGNER,**

                                                Case No.:    6:18-cv-37-JA-KRS

    **Plaintiff,**

**v.**

**GATOR RIVERWOOD, LLC, PNC
BANK NA, DOLLAR TREE STORES,
INC., DAWN CHEN and WINN DIXIE
STORES, INC.**

    **Defendants.**

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Defendant Dollar Tree Stores, Inc., ("Dollar Tree" or "Defendant"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rules, hereby notifies this Honorable Court that the parties have agreed upon an amicable settlement in the above-referenced action. The Parties are preparing the settlement papers and will file the necessary documents with the Court after they are finalized.

Dated this 1st day of February, 2018.

                                                        Respectfully submitted,

                                                        LITTLER MENDELSON, P.C.
                                                        111 North Magnolia Avenue, Suite 1250
                                                        Orlando, Florida 32801
                                                         Telephone: (407) 393-2900
                                                        Facsimile: (407) 393-2929

        By:    /s/ Nancy A. Johnson
              Kimberly J. Doud, Esquire
              Florida Bar No. 0523771
              E-mail: kdoud@littler.com

              Nancy A. Johnson, Esquire
              Florida Bar No.: 0597562
              Email: najohnson@littler.com

              Attorneys for Defendant

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Joe M. Quick, Esq., Law Offices of Joe M. Quick, Esq., 1224 S. Peninsula Drive #604, Daytona Beach, FL 32118, jmquickesq@gmail.com.

              /s/ Nancy A. Johnson
              Nancy A. Johnson, Esquire