# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

    **Plaintiff,**

v.                                              Case No: 6:18-cv-37-Orl-28KRS

**GATOR RIVERWOOD, LLC, PNC BANK NA, DOLLAR TREE STORES, INC., DAWN CHEN and WINN DIXIE STORE, INC.,**

    **Defendants.**

___

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled (Doc. 13).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on February 2nd, 2018.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties