**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TAVIA WAGNER,

          Case No.:      6:18-cv-37-JA-KRS

    Plaintiff,

v.

GATOR RIVERWOOD, LLC, PNC
BANK NA, DOLLAR TREE STORES,
INC., DAWN CHEN and WINN DIXIE
STORES, INC.

    Defendants.
_____/

**DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR
CLARIFICATION REGARDING ORDER OF DISMISSAL**

Defendant Dollar Tree Stores, Inc. ("Dollar Tree" or "Defendant"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rules, hereby notifies this Court of a scrivener's error regarding the Notice of Settlement (ECF #13) filed on February 1, 2018, and seeks clarification as to this Court's Order of Dismissal issued today, February 2, 2018, dismissing this matter in its entirety (ECF #14):

1.    Dollar Tree and Plaintiff Tavia Wagner have agreed upon terms to resolve the claims alleged in this lawsuit between those two parties only.

2.    On February 1, 2018, counsel for Dollar Tree notified this Court of such settlement so as to promote judicial efficiency and so that the matter could be dismissed as to Dollar Tree only. (ECF #13). However, upon review of the Notice, it is now apparent that the wording was unclear and implied that the entire matter was resolved

instead of only the claims raised against Defendant Dollar Tree.

3.     To be clear, undersigned counsel can only represent that the claims made by the Plaintiff as to Dollar Tree have been resolved and that Plaintiff and Dollar Tree are working on finalizing settlement paperwork.

4.     The error was done unintentionally and without any desire to cause additional work or efforts on the part of this Court or any other party.

5.     Due to an unintentional error in the wording of the previous notice filed with this Court, Dollar Tree requests that this Court clarify its Order of Dismissal to reference and dismiss Plaintiff's claims against Dollar Tree only.

### 3.01 (g) Certification

In accordance with Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Plaintiff, and he has no objection to the relief requested in this motion.

WHEREFORE, Defendant Dollar Tree Stores, Inc. respectfully requests that this Court clarify its Order of Dismissal so as to only dismiss the claims as to Dollar Tree Stores, Inc.

Dated this 2nd day of February, 2018.

    Respectfully submitted,

    LITTLER MENDELSON, P.C.
    111 North Magnolia Avenue, Suite 1250
    Orlando, Florida 32801
    Telephone: (407) 393-2900
    Facsimile: (407) 393-2929

By:   /s/ Nancy A. Johnson
    Kimberly J. Doud, Esquire
    Florida Bar No. 0523771
    E-mail: kdoud@littler.com

                                  Nancy A. Johnson, Esquire
                                  Florida Bar No.: 0597562
                                  Email: najohnson@littler.com

                                  Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 2nd day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Joe M. Quick, Esq., Law Offices of Joe M. Quick, Esq., 1224 S. Peninsula Drive #604, Daytona Beach, FL 32118, jmquickesq@gmail.com.

                                  /s/ Nancy A. Johnson
                                  Nancy A. Johnson, Esquire