UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

      Plaintiff,

v.

                                    Case No: 6:18-cv-37-Orl-28KRS

GATOR RIVERWOOD, LLC, PNC BANK
NA, DOLLAR TREE STORES, INC.,
DAWN CHEN and WINN DIXIE STORE,
INC.,

      Defendants.

---

## ORDER

This cause is before the court on two motions. First, on February 2, 2018, this Court ordered dismissal of the case (Doc. 14) following a Notice of Settlement (Doc. 13) filed by Defendant Dollar Tree Stores, Inc. On February 2, 2018, Defendant Dollar Tree filed a Motion for Clarification Regarding Order of Dismissal (Doc. 16), which notes an unintentional scrivener's error within the Notice of Settlement indicating "the entire matter was resolved instead of only the claims raised against Defendant Dollar Tree." After review of the pleadings, the Order dismissing this case (Doc. 14) is hereby **VACATED**.

Additionally, Defendant PNC Bank, National Association filed a Motion for Enlargement of Time to Response to Plaintiff's Complaint and to file its Corporate Disclosure Statement (Doc. 15). PNC Bank indicates the motion is unopposed by Plaintiff. Thus, the Motion is **GRANTED**. The deadline for Defendant PNC Bank to respond to the Complaint is extended to February 27, 2018.

**DONE** and **ORDERED** in Orlando, Florida, on February 5, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties