## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 6:18-CV-037-ORL-28-KRS

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**GATOR RIVERWOOD, LLC, PNC BANK NA, ETC., ET AL**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#316
DAYTONA BEACH, FL 32118

MJG2018000302

Received by Max J. Garcia on the 11th day of January, 2018 at 10:37 am to be served on **GATOR RIVERWOOD LLC C/O JAMES A GOLDSMITH, 7850 NW 146 STREET, 4TH FLOOR, MIAMI LAKES, FL 33016**.

I, Joan J. Hurtado, do hereby affirm that on the 24th day of January, 2018 at 12:00 pm, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARK SHANDLER** as **GENERAL COUNSEL** authorized to receive for **JAMES A GOLDSMITH Registered Agent** at the address of: **7850 NW 146 STREET, 4TH FLOOR, MIAMI LAKES, FL 33016** on behalf of **GATOR RIVERWOOD LLC C/O JAMES A GOLDSMITH**, and informed said person of the contents therein, in compliance with Florida Statutes, Chapter 48.091.

Description of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 190, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct. Notary not required pursuant to Florida Statute 92.525 verification of documents.

Joan J. Hurtado
CPS 1775

Max J. Garcia
145 E Rich Ave
Suite G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2018000302

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g