# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:18-CV-037-ORL-28-KRS

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**GATOR RIVERWOOD, LLC, PNC BANK NA, ETC., ET AL**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#316
DAYTONA BEACH, FL 32118

MJG2018000301

Received by Max J. Garcia on the 11th day of January, 2018 at 10:37 am to be served on **PNC BANK NA C/O REALTY SERVICES, 205 DATURA STREET, WEST PALM BEACH, FL 33401**.

I, Timothy Toomey, do hereby affirm that on the **16th day of January, 2018 at 3:50 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Antoinnette Rodriguez** as Authorized Legal Agent authorized to receive for REALTY SERVICES **Registered Agent** at the address of: **205 DATURA STREET, WEST PALM BEACH, FL 33401** on behalf of **PNC BANK NA C/O REALTY SERVICES**, and informed said person of the contents therein, in compliance with Florida Statutes, Chapter 48.091.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of purjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct. Notary not required pursuant to Florida Statute 92.525 verification of documents.

Timothy Toomey
SPS#822

Max J. Garcia
145 E Rich Ave
Suite G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2018000301

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g