# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:18-CV-037-ORL-28-KRS

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**GATOR RIVERWOOD, LLC, PNC BANK NA, ETC., ET AL**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#316
DAYTONA BEACH, FL 32118

MJG2018000496

Received by MAX J. GARCIA on the 19th day of January, 2018 at 9:03 am to be served on **WINN DIXIE STORES INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, WYATT KADY, do hereby affirm that on the **19th day of January, 2018** at **10:40 am**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **GWEN BUTLER** as **CUSTOMER SERVICE SPECIALIST** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, SUITE 105, TALLAHASSEE, FL 32301** on behalf of **WINN DIXIE STORES INC.**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 68, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 180, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.     "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

WYATT KADY
249

MAX J. GARCIA
145 E RICH AVE
SUITE G
DELAND, FL 32724

Our Job Serial Number: MJG-2018000496

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i