IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:18-cv-00037-JA-KRS

TAVIA WAGNER,

    Plaintiff,

vs.

GATOR RIVERWOOD, LLC, a
Florida limited liability company;
PNC BANK NA, a Delaware
corporation d/b/a PNC Bank; DOLLAR
TREE STORES, INC., a Virginia
corporation d/b/a Dollar Tree Store
#332; DAWN CHEN, an individual
d/b/a Super Wok – Port Orange; and
WINN DIXIE STORE, INC., a Florida
corporation d/b/a Winn Dixie Store #2311,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant, Gator Riverwood, LLC, ("Gator"), by and through undersigned counsel, moves this Court for an extension of time to respond to the Complaint filed by Plaintiff, Tavia Wagner ("Plaintiff"), and as grounds, states:

1.    On January 24, 2018, Gator was served with the Complaint. Gator's response to the Complaint is due February 14, 2018.

2. The undersigned has recently been retained to represent Gator and has not had sufficient opportunity to review the Complaint and confer with Gator. As a result, Gator is in need of an extension of time.

3. Accordingly, Gator requests a twenty (20)-day extension of time, or through March 6, 2018, in which to serve its response to the Complaint.

4. The extension of time is sought in good faith and not for purposes of delay.

5. Pursuant to Local Rule 3.01(g), the undersigned certifies that she has conferred with counsel for Plaintiff, who advised that he agrees to the extension of time sought herein.

**Memorandum of Law**

Pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, the Court has the discretion to grant an extension of time for good cause shown. Defendant has presented good cause for the extension of time sought through March 6, 2018, as stated above. Plaintiff will not be prejudiced in any way by the extension of time which is sought in good faith and not for purposes of delay.

WHEREFORE, Defendant, Gator Riverwood, LLC, moves this Court for an extension of time through March 6, 2018, to respond to the Complaint filed by Plaintiff, Tavia Wagner, as requested herein, together with such other and further relief as this Court deems just and proper.

WE HEREBY CERTIFY that on February 13, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Joe M. Quick, Esq., Law Offices of Joe M. Quick, Esq.,

Attorney for Plaintiff, 1224 S. Peninsula Drive, #604, Daytona Beach, Florida 32118 email:

jmquickesq@gmail.com.

                                            Respectfully submitted,

                                          s/Carrie Stolzer Robinson
                                          Ricardo A. Reyes, FBN 864053
                                          Carrie Stolzer Robinson, FBN 0354030
                                          TOBIN & REYES, P.A.
                                          Attorneys for Gator Riverwood, LLC
                                          Mizner Park Office Tower
                                          225 N. E. Mizner Blvd., Suite 510
                                          Boca Raton, Florida 33432
                                          Phone: (561) 620-0656
                                          Fax:    (561) 620-0657
                                          rar@tobinreyes.com
                                          csrobinson@tobinreyes.com
                                          eservice@tobinreyes.com