# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.

                                      Case No: 6:18-cv-37-Orl-28KRS

GATOR RIVERWOOD, LLC, PNC BANK
NA, DOLLAR TREE STORES, INC.,
DAWN CHEN and WINN DIXIE STORE,
INC.,

    Defendants.

## ORDER

Defendant Gator Riverwood, LLC's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 29) is **GRANTED**. Defendant Gator Riverwood shall file its response on or before March 6, 2018.

**DONE** and **ORDERED** in Orlando, Florida, on February 14, 2018.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties