# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,   CASE NO. 6:18-cv-37-Orl-28 KRS

    Plaintiff,

v.

GATOR RIVERWOOD, LLC, a Florida Limited Liability Company, PNC BANK NA, a Delaware Corporation, d/b/a PNC BANK, DOLLAR TREE STORES, INC., a Virginia Corporation, d/b/a DOLLAR TREE STORE #332, DAWN CHEN, an individual d/b/a SUPER WOK – PORT ORANGE, and WINN DIXIE STORE, INC., a Florida Corporation, d/b/a WINN DIXIE STORE #2311,

    Defendants.

_____/

## DEFENDANT PNC BANK NA D/B/A PNC BANK'S
## NOTICE OF SETTLEMENT

Defendant PNC Bank NA d/b/a PNC Bank, by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Tavia Wagner and Defendant, PNC Bank NA d/b/a PNC Bank, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated this 21st day of February, 2018.

Respectfully submitted,

*/s/ Beth S. Joseph*
Beth S. Joseph
  Fla. Bar No. 0062952
  Email: beth.joseph@morganlewis.com
Anne Marie Estevez
  Florida Bar No. 991694
  Email: annemarie.estevez@morganlewis.com
Morgan, Lewis & Bockius LLP
Counsel for Defendant
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Joe M. Quick
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

*Counsel for Plaintiff*

Kimberly J. Doud
Nancy A. Johnson
Littler Mendelson PC
111 North Magnolia Avenue
Suite 1250
Orlando, Florida  32801-2366
kdoud@littler.com
najohnson@littler.com

*Counsel for Dollar Tree Stores, Inc.*

Carrie S. Robinson
Ricardo A. Reyes
Tobin & Reyes, P.A.
Suite 510
225 NE Mizner Blvd.
Boca Raton, Florida  33432
csrobinson@toibnreyes.com
rar@tobinreyes.com

*Counsel for Gator Riverwood, LLC*

Samuel J. Horovitz
Rogers Towers, P.A.
Suite 1500
1301 Riverplace Blvd.
Jacksonville, Florida  32207-9000
shorovitz@rtlaw.com

Scott J. Kennelly
Robers Towers, P.A.
Suite 208
818 A1A North
Ponte Verda Beach, Florida  32082
skennelly@rtlaw.com

*Counsel for Winn Dixie Store, Inc.*

     */s/ Beth S. Joseph*
      Beth S. Joseph

3