**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:18-cv-37-Orl-28-KRS

TAVIA WAGNER,

  Plaintiff,

vs.

GATOR RIVERWOOD, LLC, PNC BANK NA,
 d/b/a PNC BANK, DOLLAR TREE STORES, INC.,
DAWN CHEN, and WINN DIXIE STORE, INC.,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT WINN DIXIE STORE, INC.**

    Plaintiff, TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal, with prejudice, of this action, against Defendant, Winn Dixie Stores, Inc., d/b/a Winn Dixie Store #2311.

Respectfully submitted this 23rd day of February, 2018

        /s/Joe M. Quick, Esq._____
        Joe M. Quick, Esq.
        Bar Number 0883794
        Attorney for Plaintiff
        Law Offices of Joe M. Quick, Esq.
        1224 S. Peninsula Drive #604
        Daytona Beach, Florida 32118
        Telephone: 386.212.3591
        Email: JMQuickEsq@gmail.com

CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                By:/S/Joe M. Quick, Esq._____
                Joe M. Quick, Esq.
                Bar Number 0883794
                Attorney for Plaintiff
                Law Offices of Joe M. Quick, Esq.
                1224 S. Peninsula Drive #604
                Daytona Beach, Florida 32118
                Telephone: 386.212.3591
                Email: JMQuickEsq@gmail.com