UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:18-cv-37-Orl-28-KRS

TAVIA WAGNER,

  Plaintiff,

vs.

GATOR RIVERWOOD, LLC, PNC BANK NA,
d/b/a PNC BANK, DOLLAR TREE STORES, INC.,
DAWN CHEN, and WINN DIXIE STORE, INC.,

    Defendants.
_____/

**PLAINTIFF'S SECOND MOTION FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANT DAWN CHEN, d/b/a SUPER WOK**

Plaintiff, by and through the undersigned counsel, hereby moves for default pursuant to Rule 55(a), Fed.R.Civ.P,. based on Defendant's, DAWN CHEN, d/b/a SUPER WOK, failure to respond to the Complaint filed and served upon it in this action, and in support, states as follows:

1. This action involves Plaintiff's allegations that Defendant's property is in violation of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* (hereinafter, "ADA"). More specifically, Plaintiff claims that the property and building thereon is inaccessible to individuals with disabilities, including Plaintiff.

2. Plaintiff, by and through the undersigned counsel, filed a Complaint with the Court on January 8, 2018.

3. Plaintiff filed a Motion for Clerk's Entry of Default Against Defendant Dawn Chen, d/b/a Super Wok (Doc. No. 26) on February 9, 2018.

4. The Court entered an Order denying said Motion citing insufficient service.

5. Plaintiff files this Second Motion for Clerk's Entry of Default and hereby states as follows: The Summons and Complaint were served upon Defendant, DAWN CHEN, d/b/a

1

SUPER WOK, by serving Michelle Wong, an authorized entity, for DAWN CHEN d/b/a SUPER WOK, on January 11, 2018, at 4:30pm. (Return of Service attached hereto).  Bill Rose, the Process Server, indicates that two (2) attempts at service were accordingly made.  The first attempt was made on 1/11/2018, at 2:57pm "Attempted service at 4031 S. Nova Road, Suite A, Port Orange, FL 33127, Attempted stated defendant would be back after 4pm." The second attempt was made on 1/11/2018 at 4:25pm "Attempted service, 4031 S. Nova Road, Suite A, Port Orange, FL 33127." Accordingly, thereafter, on January 11, 2018, at 4:30pm, "by serving an AUTHORIZED entity."

> Fla. Stat. § 48.031(1)(a).  Substitute service may be made upon the spouse of the person to be served.  Fla. Stat. § 48.301(2)(a).  If the individual to be served is doing business as a sole proprietor, substitute service may be made upon the individual at his place of business "by serving the person in charge at the time of service if two attempts to serve the owner have been made at the place of business."

6. Pursuant to Rule 12(a)(1)(A), Fed.R.Civ.P., Defendant was required to respond to the Complaint within twenty-one (21) days, on or before February 1, 2018.

7. To date, no appearance had been entered by an attorney on behalf of Defendant and no response has been filed by the Defendant to the Complaint.

8. The Clerk has authority to grant this motion, and to enter default against Defendant for the relief requested in the Complaint, based up Rule 55(a), Fed.R.Civ.P., which reads, in pertinent part, as follows:

> When a party against whom a judgment or affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Id.

9. Accordingly, and based upon the foregoing, Plaintiff respectfully submits that Defendant, DAWN CHEN d/b/a SUPER WOK, has failed to plead or otherwise defend itself, as required, and that default must be entered.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter default against Defendant, DAWN CHEN d/b/a SUPER WOK.

Dated this 26th day of February, 2018.

By:/S/Joe M. Quick, Esq._____
Joe M. Quick, Esq.
Bar Number 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

DAWN CHEN d/b/a SUPER WOK
4031 S. Nova Road, Suite A
Port Orange, Florida 32127
Via US Mail

                                                 By:/S/Joe M. Quick, Esq._____
                                                 Joe M. Quick, Esq.
                                                 Bar Number 0883794
                                                 Attorney for Plaintiff
                                                 Law Offices of Joe M. Quick, Esq.
                                                 1224 S. Peninsula Drive #604
                                                 Daytona Beach, Florida 32118
                                                 Telephone: 386.212.3591
                                                 Email: JMQuickEsq@gmail.com