## AMENDED AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:18-CV-037-ORL-28-KRS

Plaintiff:
TAVIA WAGNER

vs.

Defendant:
GATOR RIVERWOOD, LLC, PNC BANK NA, ETC., ET AL

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#604
DAYTONA BEACH, FL 32118

Received by BILL ROSE on the 11th day of January, 2018 at 10:22 am to be served on DAWN CHEN D/B/A SUPER WOK, 4031 S NOVA ROAD, SUITE A, PORT ORANGE, FL 32127.

I, BILL ROSE, being duly sworn, depose and say that on the 11th day of January, 2018 at 4:30 pm, I:

served an AUTHORIZED entity by delivering a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT with the date and hour of service endorsed thereon by me, to: MICHELLE WONG as PERSON IN CHARGE at the address of: 4031 S NOVA ROAD, SUITE A, PORT ORANGE, FL 32127, who stated they are authorized to accept service for DAWN CHEN D/B/A SUPER WOK, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
1/11/2018 2:57 pm Attempted service at 4031 S NOVA ROAD, SUITE A, PORT ORANGE, FL 32127, Attempted stated defendant would be back after 4pm
1/11/2018 4:25 pm Attempted Service. 4031 S NOVA ROAD, SUITE A, PORT ORANGE, FL 32127, Attempted.

Description of Person Served: Age: 45, Sex: F, Race/Skin Color: ASIAN, Height: 5'6", Weight: 140, Hair: DARK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of Volusia
Subscribed and sworn to before me on the 16th day of February, 2018 by the affiant who is personally known to me.

Notary Public
Print Name

BILL ROSE
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2018000299

MAX GARCIA
MY COMMISSION # FF 975501
EXPIRES: July 18, 2020
Bonded Thru Notary Public Underwriters

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p