# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

    **Plaintiff,**

**v.**                                                      **Case No:   6:18-cv-37-Orl-28KRS**

**GATOR RIVERWOOD, LLC, PNC BANK NA, DOLLAR TREE STORES, INC., DAWN CHEN and WINN DIXIE STORE, INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S SECOND MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DAWN CHEN, d/b/a SUPER WOK (Doc. No. 35)**
>
> **FILED:** **February 26, 2018**

On January 8, 2018, Plaintiff Tavia Wagner filed a complaint against several defendants, including Dawn Chen d/b/a Super Wok. On February 9, 2018, Plaintiff filed a return of service for Ms. Chen. Doc. No. 21. The return indicated that the process server served Ms. Chen on the afternoon of January 11, 2018 by delivering a copy of the summons and complaint to Michelle Wong, a person in charge at Super Wok, who represented that she was authorized to accept service on Ms. Chen's behalf. *Id.* Ms. Chen has not answered or otherwise responded to the complaint and Plaintiff moved for entry of a clerk's default against her.

- 2 -

I denied Plaintiff's motion because it was not clear from the return of service that the process server had complied with §48.031(2)(b), Florida Statutes, which provides that substitute service may be made upon an individual doing business as a sole proprietor "by serving the person in charge of the business at the time of service if two attempts to serve the owner have been made at the place of business."

Plaintiff has filed a renewed motion for a clerk's default and has attached an amended affidavit of service (Doc. No. 35-1). The affidavit indicates that the process server made two attempts to serve Chen at her business before serving Ms. Wong. Because it appears that service was proper pursuant to §48.031(2)(b), Plaintiff's motion is due to be **GRANTED**. The **Clerk of Court** is **DIRECTED** to enter a default against Dawn Chen d/b/a Super-Wok.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE