# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

> **Plaintiff,**

**v.**                                                              **Case No:  6:18-cv-37-Orl-28KRS**

**GATOR RIVERWOOD, LLC, PNC BANK NA, DOLLAR TREE STORES, INC., DAWN CHEN and WINN DIXIE STORE, INC.,**

> **Defendants.**
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **DAWN CHEN** in Orlando, Florida on the 28th day of February, 2018.

ELIZABETH M. WARREN, CLERK

s/J.T., Deputy Clerk

Copies furnished to:

Counsel of Record