**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:18-cv-37-Orl-28-KRS

TAVIA WAGNER,

  Plaintiff,

vs.

GATOR RIVERWOOD, LLC, PNC BANK NA,
d/b/a PNC BANK, DOLLAR TREE STORES, INC.,
DAWN CHEN, and WINN DIXIE STORE, INC.,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, TAVIA WAGNER, and Defendant, GATOR RIVERWOOD, LLC, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rules, hereby notify this Honorable Court that the parties have agreed upon an amicable settlement in the above-referenced action. The Parties are preparing the settlement papers and will file the necessary documents with the Court after they have been finalized.

Respectfully submitted this 15th day of March, 2018.

| | |
|---|---|
| /s/Joe M. Quick, Esq._____ | /s/Carrie Stolzer Robinson |
| Joe M. Quick, Esq. | Carrier Stolzer Robinson |
| Bar Number 0883794 | Bar Number 0354030 |
| Attorney for Plaintiff | Attorney for Defendant Gator Riverwood, LLC |
| Law Offices of Joe M. Quick, Esq. | Tobin & Reyes, P.A. |
| 1224 S. Peninsula Drive #604 | 225 N. E. Mizner Blvd., Suite 510 |
| Daytona Beach, Florida 32118 | Boca Raton, Florida 33432 |
| Telephone: 386.212.3591 | Telephone: 561.620.0656 |
| Email: JMQuickEsq@gmail.com | Email: csrobinson@tobinreyes.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

DAWN CHEN d/b/a SUPER WOK
4031 S. Nova Road, Suite A
Port Orange, Florida 32127
Via US Mail

                                            By:/S/Joe M. Quick, Esq._____
                                            Joe M. Quick, Esq.
                                            Bar Number 0883794
                                            Attorney for Plaintiff
                                            Law Offices of Joe M. Quick, Esq.
                                            1224 S. Peninsula Drive #604
                                            Daytona Beach, Florida 32118
                                            Telephone: 386.212.3591
                                             Email: JMQuickEsq@gmail.com